```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
```

In re:                                                      Case No. 20-00170-elf
Canales
      Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0313-2        User: PaulP              Page 1 of 1        Date Rcvd: Aug 07, 2020
                            Form ID: pdf900          Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust             +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Aug 08 2020 04:10:43      Frederic J. Baker,
                  Office of United States Trustee,    200 Chestnut Street,    Suite 502,
                  Philadelphia, PA 19106-2908
ust             +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Aug 08 2020 04:10:43      United States Trustee,
                  228 Walnut Street, Suite 1190,    Harrisburg, PA 17101-1722
                                                                                                TOTAL: 2
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2020 at the address(es) listed below:
```
          MICHAEL W. GALLAGHER    on behalf of Plaintiff Jose  Canales mwglaw@msn.com,  mwglaw1@verizon.net
          MICHAEL W. GALLAGHER    on behalf of Plaintiff Alicia  Canales mwglaw@msn.com,  mwglaw1@verizon.net
                                                                                                TOTAL: 2
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
|   JOSE CANALES | : | |
|   ALICIA CANALES | : | Chapter 13 |
| | : | |
|                 **Debtors** | : | |
| | : | Bky. No. 19-18043 ELF |
|   JOSE CANALES | : | |
|   ALICIA CANALES | : | |
| | : | |
|                 **Plaintiffs** | : | |
| | : | |
|                 v. | : | |
| | : | |
|   PENNSYLVANIA HOUSING | : | |
|    FINANCE AGENCY | : | |
|                **Defendant** | : | Adv. No. 20-170 |
| | : | |

# O R D E R

AND NOW, upon consideration of the Plaintiffs' Motion for Default Judgment and after notice and hearing,

It is hereby **ORDERED** and **DETERMINED** that:

1. The Motion is **GRANTED**.

2. The value of the interest of Defendant, **Pennsylvania Housing Finance Agency,** in the estate's interest in **7313 Chestnut Ave., Elkins Park, PA 19027** is **$0.00** and the Defendant's allowed secured claim is **$0.00**.

3. To the extent that the Defendant's proof of claim has been **DISALLOWED** as a secured claim, it is **ALLOWED** as a general unsecured claim.  See 11 U.S.C. §506(a).

4. Pursuant to 11 U.S.C. §506(d), but subject to 11 U.S.C. §§ 348(f)(1) and 349(b)(1)(C), any lien held by the Defendant that secures this claim is **VOID**.

5. In the event that this case is **DISMISSED,** or **CONVERTED** to chapter 7, Paragraph 4 is **VACATED** without further order of court.

**Date: August 6, 2020**

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE